UNITED STATES BANKRUPTCY COURT
SOUTHERN **DISTRICT OF** FLORIDA
DADE CTY. (MIAMI) **DIVISION**

In re:                                   §
                                         §
PIMENTEL, JONNY                          §       Case No. 14-33089 RAM
PIMENTEL, DIANA LUCIA                    §
                                         §
                                         §
                 Debtors                 §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/16/2014. The undersigned trustee was appointed on 10/16/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $       5,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 30.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 4,970.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  03/19/2015  and the deadline for filing governmental claims was  04/14/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,250.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,250.00 , for a total compensation of $ 1,250.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 79.53 , for total expenses of $ 79.53 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/24/2015                             By:/s/JOEL L. TABAS, TRUSTEE
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 14-33089 | RAM | Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | PIMENTEL, JONNY | | | Date Filed (f) or Converted (c): | 10/16/14 (f) |
| | PIMENTEL, DIANA LUCIA | | | 341(a) Meeting Date: | 11/17/14 |
| For Period Ending: | 11/24/15 | | | Claims Bar Date: | 03/19/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence- Single Family Home<br>3520 W 74th Pl, Hialeah, FL 33018 | 237,300.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand<br>Order Granting Motion to Approve Stipulation for Compromise and Settlement, 1/12/15 (ECF 25) | 10.00 | 5.19 | | 5.19 | FA |
| 3. Financial Accounts<br>Wells Fargo Crown Joint Checking Account #1090016102833 PO Box 6995, Portland, OR 97228 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Financial Account<br>Wells Fargo Crown Joint Preferred Rate Savings Account # 1010259931498 PO Box 6995, Portland, OR 97228<br><br>Included in Settlement with Asset #2 | 55.78 | 28.94 | | 28.94 | FA |
| 5. Financial Account<br>Wells Fargo Crown Joint Way2Save Savings Account# 3000234480325 PO Box 6995, Portland, OR 97228 | 0.00 | 0.00 | | 0.00 | FA |
| 6. Financial Account<br>City County Credit Union Checking Account #351528, Suffix 90 PO Box 14548, Ft Lauderdale, FL 33302<br><br>Included in Settlement with Asset #2 | 76.99 | 39.95 | | 39.95 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 14-33089 | RAM | Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Case Name: | PIMENTEL, JONNY | | | Date Filed (f) or Converted (c): | 10/16/14 (f) |
| | PIMENTEL, DIANA LUCIA | | | 341(a) Meeting Date: | 11/17/14 |
| | | | | Claims Bar Date: | 03/19/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7. Financial Account<br><br>City County Credit Union Savings Account #351528, Suffix 00 PO Box 14548, Ft Lauderdale, FL 33302<br><br>Included in Settlement with Asset #2 | 0.81 | 0.42 | | 0.42 | FA |
| 8. Household goods & furnishings<br><br>Fabric loveseat and sofa, 2 wood end tables, 1 wood coffee table, 1 pedestal (set purchased in 1998), $120; Console and Mirror (2006, purchased at Salvation Army) $ 8 Living Room<br><br>Included in Settlement with Asset #2 | 128.00 | 25.94 | | 25.94 | FA |
| 9. Household goods & furnishings<br><br>King bed with iron back board, mattress (2009, gift) $ 110; 2 wood pine nightstands, 1 pine wood armoir, 1 pine wood dresser, 2 lamps (all items purchased in 1998, fair condition) $75 Master Bedroom<br><br>Included in Settlement with Asset #2 | 185.00 | 44.11 | | 44.11 | FA |
| 10. Household goods & furnishings<br><br>Suede material sofa and sofabed, 2 pine wood end tables and 1 pine wood coffee table, set received as gift in 2009, fair condition, $ 155; Dell desktop computer (2010) $ 115; compressed wood computer table (2012) $ 25; Samsung 60" TV, (2012) $ 675; TV compressed wood stand (2012) $ 35 Family Room<br><br>Included in Settlement with Asset #2 | 1,005.00 | 319.12 | | 319.12 | FA |

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                                                       Ver: 19.00

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 3
Exhibit A

| Case No: | 14-33089 | RAM | Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | PIMENTEL, JONNY | | | Date Filed (f) or Converted (c): | 10/16/14 (f) |
| | PIMENTEL, DIANA LUCIA | | | 341(a) Meeting Date: | 11/17/14 |
| | | | | Claims Bar Date: | 03/19/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. Household goods & furnishings<br><br>Cast iron dining table w/6 wood chairs, gift (2004), $ 140; oak bench (2004) $ 8; immitation oak buffet station (from Salvation Army), 2004, $ 7; 2 screen prints (2001) gift, $ 10; fruit oil paint (2006) gift, $35; 2 cast iron lamps (2004) $ 6; candles and angels (from Good Will) (2007), $2.50 Dining Room<br><br>Included in Settlement with Asset #2 | 208.50 | 51.89 | | 51.89 | FA |
| 12. Household goods & furnishings<br><br>Whirlpool refrigerator (2010) $ 200; General Electric Stove (2008) $ 110; 4 Counter Iron Stool (Good Will) 2002 $ 10<br>Kitchen<br><br>Included in Settlement with Asset #2 | 320.00 | 77.83 | | 77.83 | FA |
| 13. Wearing Apparel<br>Clothing<br><br>Included in Settlement with Asset #2 | 100.00 | 51.89 | | 51.89 | FA |
| 14. Wearing apparel<br>Clothing<br><br>Included in Settlement with Asset #2 | 150.00 | 77.83 | | 77.83 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 4
Exhibit A

| Case No: | 14-33089 | RAM | Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Case Name: | PIMENTEL, JONNY | | | Date Filed (f) or Converted (c): | 10/16/14 (f) |
| | PIMENTEL, DIANA LUCIA | | | 341(a) Meeting Date: | 11/17/14 |
| | | | | Claims Bar Date: | 03/19/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Furs & Jewelry<br>Stainless Steel ESQ watch (1990) $ 3, Timex watch (1995) $ 7, Stainless Steel Michael Kors watch (2010) $ 20 ; Gold Wedding Band (1995) ($30)<br><br>Included in Settlement with Asset #2 | 60.00 | 31.13 | | 31.13 | FA |
| 16. Furs & Jewelry<br>Stainless Steel Bulowa watch (1996) $ 35, Stainless Steel Anne Klein Watch (2006) $ 15; Stainless Steel Michael Kors Watches (2008/2010) $55; Wedding band (1995) $ 80; Gold chain (2004) $ 85; Costume Jewelry (rings, bracelets, necklaces) $ 20<br><br>Included in Settlement with Asset #2 | 290.00 | 150.48 | | 150.48 | FA |
| 17. Interests in Insurance Policies<br>IRA Retirement Acct.#: 33120050581884 Miami Lakes, PO Box 6995, Portland, OR 97228 | 2,229.23 | 0.00 | | 0.00 | FA |
| 18. Vehicles<br>2009 Mazda CX-9 4D Sport Utility Grand Touring, Engine 3.7L VIN#: JM3TB28A990173567<br><br>Included in Settlement with Asset #2 | 9,000.00 | 3,632.24 | | 3,632.24 | FA |
| 19. Estate's Interest in 2014 Income Tax Refund (u)<br>Included in Settlement with Asset #2 | 0.00 | 463.04 | | 463.04 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5
Exhibit A

| Case No: | 14-33089 | RAM | Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Case Name: | PIMENTEL, JONNY | | | Date Filed (f) or Converted (c): | 10/16/14 (f) |
| | PIMENTEL, DIANA LUCIA | | | 341(a) Meeting Date: | 11/17/14 |
| | | | | Claims Bar Date: | 03/19/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $251,119.31 | $5,000.00 | | $5,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 07/20/15    Current Projected Date of Final Report (TFR): 11/24/15

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 14-33089 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | PIMENTEL, JONNY | Bank Name: | Union Bank |
| | PIMENTEL, DIANA LUCIA | Account Number / CD #: | *******9405 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7999 | | |
| For Period Ending: | 11/24/15 | Blanket Bond (per case limit): | $ 135,654,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/13/15 | * NOTE * | Jonny Pimentel | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 1/12/15 ECF 25<br>* NOTE * Properties 2, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19 | | 5,000.00 | | 5,000.00 |
| | | ASSET 2 | Memo Amount: 5.19 | 1129-000 | | | |
| | | ASSET 4 | Memo Amount: 28.94 | 1129-000 | | | |
| | | ASSET 6 | Memo Amount: 39.95 | 1129-000 | | | |
| | | ASSET 7 | Memo Amount: 0.42 | 1129-000 | | | |
| | | ASSET 8 | Memo Amount: 25.94 | 1129-000 | | | |
| | | ASSET 9 | Memo Amount: 44.11 | 1129-000 | | | |
| | | ASSET 10 | Memo Amount: 319.12 | 1129-000 | | | |
| | | ASSET 11 | Memo Amount: 51.89 | 1129-000 | | | |
| | | ASSET 12 | Memo Amount: 77.83 | 1129-000 | | | |
| | | ASSET 13 | Memo Amount: 51.89 | 1129-000 | | | |
| | | ASSET 14 | Memo Amount: 77.83 | 1129-000 | | | |
| | | ASSET 15 | Memo Amount: 31.13 | 1129-000 | | | |
| | | ASSET 16 | Memo Amount: 150.48 | 1129-000 | | | |
| | | ASSET 18 | Memo Amount: 3,632.24 | 1129-000 | | | |
| | | ASSET 19 | Memo Amount: 463.04 | 1224-000 | | | |
| 02/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,985.00 |
| 03/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,970.00 |

Page Subtotals     5,000.00     30.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 14-33089 -RAM | | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PIMENTEL, JONNY | | Bank Name: | Union Bank |
| | PIMENTEL, DIANA LUCIA | | Account Number / CD #: | *******9405  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7999 | | | |
| For Period Ending: | 11/24/15 | | Blanket Bond (per case limit): | $ 135,654,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 5,000.00 | COLUMN TOTALS | | 5,000.00 | 30.00 | 4,970.00 |
| | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 5,000.00 | 30.00 | |
| | Memo Allocation Net: | 5,000.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,000.00 | 30.00 | |
| | Total Allocation Receipts: | 5,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - ********9405 | | 5,000.00 | 30.00 | 4,970.00 |
| | Total Memo Allocation Net: | 5,000.00 | | | 5,000.00 | 30.00 | 4,970.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

|  |  |  | EXHIBIT C |  | | |
|---|---|---|---|---|---|---|
| Page 1 |  |  | ANALYSIS OF CLAIMS REGISTER |  |  | Date: November 24, 2015 |

Case Number:  14-33089  
Debtor Name:  PIMENTEL, JONNY  

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Joel L. Tabas, Esq.<br>Tabas Freedman & Soloff, P.A.<br>14 NE 1st Ave, Penthouse<br>Miami, FL 33132 | Administrative | | $0.00 | $0.00 | $0.00 |
| 001<br>3120-00 | Joel L. Tabas, Esq.<br>Tabas Freedman & Soloff, P.A.<br>14 NE 1st Ave, Penthouse<br>Miami, FL 33132 | Administrative | | $304.35 | $0.00 | $304.35 |
| | Subtotal for Class Administrative | | | $304.35 | $0.00 | $304.35 |
| 000001<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | (1-1) Unsecured Debt | $1,148.77 | $0.00 | $1,148.77 |
| 000002<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | (2-1) Unsecured Debt | $1,290.20 | $0.00 | $1,290.20 |
| 000003<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | (3-1) Unsecured Debt | $687.53 | $0.00 | $687.53 |
| 000004<br>070<br>7100-00 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $2,257.85 | $0.00 | $2,257.85 |
| 000005<br>070<br>7100-00 | Navient Solutions, Inc. on behalf of<br>USA Funds<br>Attn: Bankruptcy Litigation Unit E3149<br>PO Box 9430<br>Wilkes Barre, PA 18773-9430 | Unsecured | | $7,734.04 | $0.00 | $7,734.04 |
| 000006<br>070<br>7100-00 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $1,837.26 | $0.00 | $1,837.26 |
| 000007<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $365.98 | $0.00 | $365.98 |
| 000008<br>070<br>7100-00 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $504.06 | $0.00 | $504.06 |
| 000009<br>070<br>7100-00 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $1,594.49 | $0.00 | $1,594.49 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: November 24, 2015

Case Number: 14-33089
Debtor Name: PIMENTEL, JONNY

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (10-1) WALMART | $1,354.77 | $0.00 | $1,354.77 |
| 000011 070 7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (11-1) ROOMS TO GO/SYNCHRONY BANK | $688.09 | $0.00 | $688.09 |
| 000012 070 7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (12-1) JCPENNEY CREDIT SERVICES | $2,651.54 | $0.00 | $2,651.54 |
| 000013 070 7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (13-1) H H GREGG/SYNCHRONY BANK | $2,338.68 | $0.00 | $2,338.68 |
| 000014 070 7100-00 | Nordstrom Fsb<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302- | Unsecured | (14-1) MONEY OWED | $1,348.10 | $0.00 | $1,348.10 |
| 000015 070 7100-00 | Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328 | Unsecured | | $3,704.18 | $0.00 | $3,704.18 |
| 000016 070 7100-00 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $2,020.02 | $0.00 | $2,020.02 |
| 000017 070 7100-00 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $1,700.80 | $0.00 | $1,700.80 |
| 000018 070 7100-00 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $1,822.21 | $0.00 | $1,822.21 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | Date: November 24, 2015 |

Case Number:   14-33089  
Debtor Name:   PIMENTEL, JONNY

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 000019<br>070<br>7100-00 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | $1,753.93 | $0.00 | $1,753.93 |
| 000020<br>070<br>7100-00 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | $3,876.75 | $0.00 | $3,876.75 |
| 000021<br>070<br>7100-00 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured<br>(21-1) Dillard's or GEMB or GECRB | $1,209.65 | $0.00 | $1,209.65 |
| 000022<br>070<br>7100-00 | Cavalry SPV I, LLC<br>Bass & Associates, P.C.<br>3936 E Ft. Lowell Road Suite #200<br>Tucson, AZ 85712 | Unsecured<br>(22-1) Account Number (last 4 digits):6422 | $996.89 | $0.00 | $996.89 |
| | Subtotal for Class Unsecured | | $42,885.79 | $0.00 | $42,885.79 |
| | Case Totals: | | $43,190.14 | $0.00 | $43,190.14 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-33089 RAM
Case Name: PIMENTEL, JONNY
                PIMENTEL, DIANA LUCIA
Trustee Name: JOEL L. TABAS, TRUSTEE

| | | |
|---|---|---|
| Balance on hand | $ | 4,970.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOEL L. TABAS, TRUSTEE | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: JOEL L. TABAS, TRUSTEE | $ 79.53 | $ 0.00 | $ 79.53 |
| Attorney for Trustee Expenses: Joel L. Tabas, Esq. | $ 304.35 | $ 0.00 | $ 304.35 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,633.88 |
| Remaining Balance | $ 3,336.12 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,885.79  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  7.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | $ 1,148.77 | $ 0.00 | $ 89.36 |
| 000002 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | $ 1,290.20 | $ 0.00 | $ 100.37 |
| 000003 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | $ 687.53 | $ 0.00 | $ 53.48 |
| 000004 | American InfoSource LP as agent for TD Bank, USA PO Box 248866 Oklahoma City, OK 73124-8866 | $ 2,257.85 | $ 0.00 | $ 175.64 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Navient Solutions, Inc. on behalf of USA Funds Attn: Bankruptcy Litigation Unit E3149 PO Box 9430 Wilkes Barre, PA 18773-9430 | $ 7,734.04 | $ 0.00 | $ 601.64 |
| 000006 | Capital One NA c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | $ 1,837.26 | $ 0.00 | $ 142.92 |
| 000007 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | $ 365.98 | $ 0.00 | $ 28.47 |
| 000008 | Citibank, N.A. c/o American InfoSource LP PO Box 248840 Oklahoma City, OK 73124-8840 | $ 504.06 | $ 0.00 | $ 39.21 |
| 000009 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | $ 1,594.49 | $ 0.00 | $ 124.04 |
| 000010 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 1,354.77 | $ 0.00 | $ 105.39 |
| 000011 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 688.09 | $ 0.00 | $ 53.53 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 2,651.54 | $ 0.00 | $ 206.27 |
| 000013 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 2,338.68 | $ 0.00 | $ 181.92 |
| 000014 | Nordstrom Fsb<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302- | $ 1,348.10 | $ 0.00 | $ 104.87 |
| 000015 | Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328 | $ 3,704.18 | $ 0.00 | $ 288.15 |
| 000016 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 2,020.02 | $ 0.00 | $ 157.14 |
| 000017 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 1,700.80 | $ 0.00 | $ 132.31 |
| 000018 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 1,822.21 | $ 0.00 | $ 141.75 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 1,753.93 | $ 0.00 | $ 136.44 |
| 000020 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 3,876.75 | $ 0.00 | $ 301.58 |
| 000021 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 1,209.65 | $ 0.00 | $ 94.10 |
| 000022 | Cavalry SPV I, LLC Bass & Associates, P.C. 3936 E Ft. Lowell Road Suite #200 Tucson, AZ 85712 | $ 996.89 | $ 0.00 | $ 77.54 |

Total to be paid to timely general unsecured creditors     $ 3,336.12

Remaining Balance     $ 0.00

     Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

     Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 17)*

       Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE